**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL ACTION NO. 16-1-DLB-CJS**

**UNITED STATES OF AMERICA**                                                                                   **PLAINTIFF**

**V.**            **ORDER ADOPTING REPORT AND RECOMMENDATION**

**ANNA CRYSTAL PALOMA**                                                                                          **DEFENDANT**

\*\*   \*\*   \*\*   \*\*   \*\*   \*\*   \*\*   \*\*

This matter is before the Court upon the May 23, 2016 Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith, wherein she recommends that the Court modify Defendant Anna Paloma's supervised release to add two special conditions. (Doc. # 11). During the Final Revocation Hearing, conducted by Judge Smith on May 10, 2015, Defendant stipulated to violating the terms of her supervised release, as set forth in the April 11, 2016 Violation Report. (Doc. # 7). The parties agreed that, in lieu of revocation, Defendant's Supervised Release would be modified to include: (1) a three-month period of home detention beginning on June 6, 2016; and (2) a requirement that Defendant obtain her General Education Diploma (GED) while maintaining employment. (Doc. # 11).

Defendant having executed a waiver of her right to allocution (Doc. # 10), and both parties having waived the time for filing objections to the R&R (Doc. #11 at 6), this matter is now ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, including the recommended modification and the

basis for said modification, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)   The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 11) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)   Defendant is found to have **VIOLATED** the terms of her supervised release;

(3)   Defendant will remain on supervised release with the conditions of her supervised release **MODIFIED** to add the following special conditions:

  (a)   Defendant shall serve **three (3) months** of home detention beginning on June 6, 2016; and

  (b)   Defendant shall **obtain** her General Education Diploma (GED) while maintaining employment.

This 27th day of May, 2016.



Signed By:
David L. Bunning   *DB*
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2016\16-1 Order Adopting R&R re SRV.wpd